```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                        :       DOC #:_____
SUZANNE SHUBERT,                        :       DATE FILED: 1/10/2020
                                        :
                        Plaintiff,      :
                                        :       19 Civ. 9879 (LGS)
        -against-                       :
                                        :       ORDER
MONTICELLO MOTOR CLUB, et al.,          :
                                        :
                        Defendants.     :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated December 10, 2019, set the initial conference for January 16, 2020, at 10:30 A.M. in Courtroom 1106 of the United States District Court for the Southern District of New York (Dkt. 11);

WHEREAS, the Order, dated November 5, 2019, stated that the parties shall submit a Proposed Civil Case Management Plan and Scheduling Order along with the joint letter for the initial conference (Dkt. 5);

WHEREAS, the parties have not filed a Proposed Civil Case Management Plan and Scheduling Order. It is hereby

**ORDERED** that, by **January 13, 2020, at 3:00 P.M.**, the parties file a Proposed Civil Case Management Plan and Scheduling Order.

The parties are reminded to follow the Individual Rules for this Court.

Dated: January 10, 2020
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**