```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X  ELECTRONICALLY FILED
                                              :  DOC #:_____
SUZANNE SHUBERT,                              :  DATE FILED: 2/7/2020
                               Plaintiff,     :
                                              :  19 Civ. 9879 (LGS)
              -against-                       :
                                              :          ORDER
MONTICELLO MOTOR CLUB, et al.,                :
                                              :
                               Defendants.    :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial conference was held on February 6, 2020. It is hereby

**ORDERED** that, by **February 13, 2020**, Plaintiff shall file a letter not exceeding three-pages, single spaced. The letter shall provide whether Plaintiff intends to file an Amended Complaint that removes the non-federal law claims for discrimination and retaliation. If not, the letter shall explain why Plaintiff believes the Court has (and should exercise) supplemental jurisdiction over these claims, citing applicable law. It is further

**ORDERED** that discovery in this action is STAYED as to the retaliation and discrimination claims. Discovery as to the remaining claims shall proceed as provided in the Case Management Plan, which will issue separately.

Dated: February 7, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**