UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SUZANNE SCHUBERT,                                           :
                                    Plaintiff,              :    19 Civ. 9879 (LGS)
                                                            :
            -against-                                       :    ORDER
                                                            :
MONTICELLO MOTOR CLUB and ARI                               :
STRAUS,                                                     :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 26, 2020, the parties filed a letter motion for approval of a proposed settlement (Dkt. No. 44) and on August 27, 2020, Plaintiff filed damages calculations and expense records in support of that letter (Dkt. No. 46).  It is hereby

**ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable).  It is further

**ORDERED** that Plaintiffs' counsel's request for $20,834.00 is **GRANTED**.  The remainder of the settlement shall be distributed to Plaintiff.

The Clerk of Court is respectfully directed to close the docket entry at #44.

Dated: September 1, 2020
       New York, New York

                                                _____
                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE